USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ROBERT CHAPPELLE, : 06 Civ. 10201 (SHS)

                Petitioner, :

    -against- : <u>ORDER</u>

BRIAN FISHER, Superintendent of Sing Sing :
Correctional Facility,
                :
                Respondent.
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        In a Report and Recommendation dated January 16, 2008, Magistrate Judge Douglas F. Eaton recommended that this petition for a writ of *habeas corpus* be denied. Afer a *de novo* review of Magistrate Judge Gorenstein's Report and Recommendation dated January 16, 2008, and petitioner's objections received by this Court on February 26, 2008,

        IT IS HEREBY ORDERED that:

        1.     Magistrate Judge Eaton's "Report and Recommendation" is adopted;

        2.     The petition pursuant to 28 U.S.C. § 2254 is dismissed;

        3.     As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253 (as amended by the AEDPA); <u>Middleton v. Attorneys Gen. of New York and Pennsylvania</u>, 396 F.3d 207 (2d Cir. 2005) (per curiam); <u>Lucidore v. New York State Div. of Parole</u>, 209 F.3d 107, 111-13 (2d Cir. 2000); <u>Soto v. United States</u>, 185 F.3d 48, 51-53 (2d Cir. 1997); <u>United States v. Perez</u>, 129 F.3d 255, 259-60 (2d Cir. 1997), <u>cert. denied</u>, 525 U.S. 953 (1998); and

4. Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
April 10, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.